*E-Filed 7/8/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JONA CANDIDO and WILFREDO S. CANDIDO,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; CENTRAL MORTGAGE COMPANY, d/b/a CENTRAL MORTGAGE LOAN SERVICING COMPANY; MTC FINANCIAL, d/b/a TRUSTEE CORPS; and DOES 1 to 100, INCLUSIVE,<br><br>    Defendants.<br>_____/ | No.  5:09 CV 0919 RS<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL** |

The above action was filed on March 3, 2009, and on the same day, the Court issued a summons and filed its standard scheduling order. Plaintiffs have otherwise taken no action to pursue the matter, and the summons has now expired. *See* Fed. R. Civ. P. 4(m) (providing that a summons expires 120 days after its issuance).

The Court hereby issues this order to show cause why this case should not be dismissed without prejudice in accordance with Federal Rule of Civil Procedure 4(m). Plaintiffs shall appear

CASE NO. 5:09 CV 0919 RS
ORDER TO SHOW CAUSE RE: DISMISSAL

on **August 12, 2009, at 9:30 a.m.** in Courtroom 4, United States Courthouse, 280 S. First Street, San Jose, California, and show cause why this case should not be dismissed.

If plaintiffs fail to show good reason for his failure to prosecute, the case will be dismissed.

IT IS SO ORDERED.

Dated:       7/8/09

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS SERVED UPON THE FOLLOWING PARTIES VIA UNITED STATES MAIL:**

Jona Candido & Wilfredo S. Candido
1215 Spokane Drive
San Jose, CA 95122

/s/ Chambers Staff
CHAMBERS OF JUDGE SEEBORG

CASE NO. 5:09 CV 0919 RS
ORDER TO SHOW CAUSE RE: DISMISSAL            3