**United States District Court**
For the Northern District of California

1

2

3                                                         *E-Filed 8/14/09*

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12   JONA CANDIDO and WILFREDO S.              No.  5:09 CV 0919 RS
13   CANDIDO,

14             Plaintiffs,

15        v.                                   **ORDER RE: SUMMONS**

16   DOWNEY SAVINGS AND LOAN
     ASSOCIATION, F.A.; CENTRAL
17   MORTGAGE COMPANY, d/b/a
     CENTRAL MORTGAGE LOAN
18   SERVICING COMPANY; MTC
     FINANCIAL, d/b/a TRUSTEE CORPS; and
19   DOES 1 to 100, INCLUSIVE,

20             Defendants.
     _____/
21

22        THIS MATTER is before the Court following a show cause hearing on August 12, 2009.

23   Plaintiffs Jona and Wilfredo S. Candido, who are *pro se*, filed a complaint against the above-

24   captioned defendants on March 3, 2009.  The Court issued a summons the same day, which

25   plaintiffs failed to serve.  After 120 days, the summons expired, and the Court issued an order to

26   show cause why the case should not be dismissed.  *See* Fed. R. Civ. P. 4(m) (providing that a

27   summons expires 120 days after its issuance).  Plaintiff Jona Candido appeared at the show cause

28   hearing on August 12, 2009, and requested leave to file an amended complaint.  The Court orally

**United States District Court**
For the Northern District of California

1  granted her request, and Ms. Candido promptly submitted her amended complaint to the clerk's

2  office.

3

4      The Court, however, is unable to issue a summons to accompany the amended complaint

5  because the original (now expired) summons issued on March 3, 2009, is still outstanding.

6  Accordingly, plaintiffs are instructed that, within 30 days of this order, they must either return the

7  expired summons to the Court or submit an explanation as to why they cannot return it.  At that

8  time, they should also submit a new summons pertaining to the amended complaint, which the Court

9  can duly re-issue in lieu of the expired summons.

10      In accordance with the Court's oral ruling at the show cause hearing, the amended complaint

11  is deemed to be filed as of August 12, 2009, and the Clerk is instructed to file it in the Court's

12  official docket.

13

14      IT IS SO ORDERED.

15

16  Dated:  8/14/09

17  _____

18  RICHARD SEEBORG
    United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

2

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS SERVED UPON THE FOLLOWING PARTIES VIA UNITED STATES MAIL:**

Jona Candido & Wilfredo S. Candido
1215 Spokane Drive
San Jose, CA 95122

/s/ Chambers Staff
CHAMBERS OF JUDGE SEEBORG

**United States District Court**
For the Northern District of California

3