**THIS IS TO CERTIFY THAT A HARD COPY OF THE JUDGMENT AND ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE WAS MAILED TO THE FOLLOWING PARTIES:**

Jona Canido
1215 Spokane Drive
San Jose, CA 95122

Dated: 01/19/2010

/s/ Chambers Staff_____
Chambers of Judge Richard Seeborg

1

**Error! No text of specified style in document.**

ORDER